UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-24084-HUCK/McAliley

SYMBOLOGY INNOVATIONS, LLC,

    Plaintiff,

vs.

SALSA PUBLISHING, INC.,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER

THIS CAUSE is before the Court on the Parties' Joint Stipulation for Dismissal With Prejudice [ECF No. 18], filed January 15, 2019. The Court has reviewed the Stipulation and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs. All pending motions are denied as moot, and the Clerk is directed to **CLOSE** this case.

DONE AND ORDERED in Chambers, Miami, Florida, on January 16, 2019.

_____
Paul C. Huck
United States District Judge

**Copies furnished to:**
All Counsel of Record